**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**JOSEPH AVERSANO and MARIA CASTRO-AVERSANO,**

    Plaintiffs,

v.                              Case No: 5:15-cv-530-Oc-32PRL

**ALLSTATE INDEMNITY COMPANY and ALLSTATE PROPERTY AND CASUALTY COMPANY**

    Defendants.

## ORDER

Before the Court is the second motion to withdraw Joshua M. Pomerantz, Esq. as counsel for Plaintiffs.  (Doc. 19).   I ordered Plaintiffs to show cause why the first motion to withdraw Mr. Pomerantz should not be denied for failure to comply with the Local Rules.  (Docs. 17, 18).   I find that the second motion is due to be granted.

According to the second motion to withdraw (Doc. 19), Mr. Pomerantz is no longer associated with John Bales Attorneys, which is currently representing the Plaintiffs in this case. Further, the motion states that James A. Ragano, Esq. will continue to represent Plaintiffs, that both Plaintiffs and Defendants do not object to this request, and that both parties received ten days' notice of Mr. Pomerantz's intent to withdraw.

Upon due consideration, the second motion to withdraw (Doc. 19) is **GRANTED**.   Joshua M. Pomerantz is relieved of further responsibility for the representation of Plaintiffs in this cause. The first motion to withdraw (Doc. 17) is **TERMINATED AS MOOT**.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on August 16, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties